Submitted October 2, reversed November 18, 2009

In the Matter of N. A. M.,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

N. A. M.,
*Appellant.*

Multnomah County Circuit Court
080969264; A140204

221 P3d 800

Lance D. Perdue filed the brief for appellant.

John R. Kroger, Attorney General, Jerome Lidz, Solicitor General, and Samuel A. Kubernick, Assistant Attorney General, filed the brief for respondent.

Before Edmonds, Presiding Judge, and Wollheim, Judge, and Sercombe, Judge.

PER CURIAM

## PER CURIAM

Appellant seeks reversal of the trial court's judgment committing him as a mentally ill person for a period not to exceed 180 days. ORS 426.130. Appellant contends that the record does not establish by clear and convincing evidence that he is a danger to others and unable to provide for his basic needs as the result of a mental disorder. *See* ORS 426.005(1)(d). The state concedes that the record does not contain clear and convincing evidence to support the involuntary commitment and that the trial court's judgment should be reversed. On *de novo* review, we agree and accept the state's concession.

Reversed.